Case 2:05-cv-01446-KDE-SS   Document 10   Filed 02/08/06   Page 1 of 1



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -8  PM 2:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONNE HESTER                      CIVIL ACTION

VERSUS                              NO: 05-1446-KDE-SS

JO ANNE BARNHART, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the request of the plaintiff, Tyronne Hester, for relief from the decision of the Commissioner of Social Security denying his application for benefits is DENIED.

New Orleans, Louisiana, this 7th day of February, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  /Dktd_____
✓ CtRmDep____
___ Doc. No._____